Katherine A. Musbach (SBN: 318683)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
kmusbach@grsm.com
Telephone: (312) 980-6798

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Plaintiff,

v.

TIMOTHY CHAPIN;
MANUEL AGUEROS;
PAUL FOURNIER;
ROBERT LAUTENSLAGER;
JEFFREY REILLEY;
JORGE EGUILUZ; EGUILUZ LABOR SERVICE LLC;
INDUSTRIAL PRECISION LLC;
UNIVERSAL PLANT SERVICE, LLC; CK RENEWABLES, LLC; AND PRECISION METALWORKS, LLC

Defendants.

Case No. 18-cv-02443-KJM-DB

**STIPULATION TO STAY, OR IN THE ALTERNATIVE, STRIKE AND RESET THE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

Judge: Hon. Kimberly J. Mueller
Magistrate: Hon. Deborah Barnes

Date: March 14, 2019
Time: 2:30pm
Location: Courtroom 3, KJM

Complaint filed: September 6, 2019

-1-
Stipulation to Stay, or in the Alternative, Strike and Reset the Status (Pretrial Scheduling) Conference

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Defendants Jeffrey Reilley, Jorge Eguiluz and Eguiluz Labor Service LLC (collectively the "Appearing Parties") hereby stipulate, with this Court's consent, to stay this case pending the outcome of the related criminal matter, *United States v. Chapin et. al*, Case No. 17-cr-0053, currently pending in the Eastern District of California before the Honorable Judge John A. Mendez. If the Court is unwilling to stay this case, the Appearing Parties stipulate in the alternative to: (1) strike the Status (Pretrial Scheduling) Conference currently set for March 14, 2019; and (2) reset the Status (Pretrial Scheduling) Conference for June 20, 2019 at 2:30 pm, with the joint status report to be due seven days prior.

In support thereof, the Appearing Parties state as follows:

1. National Union, as assignee and subrogee of its insured, NextEra Energy, Inc. ("NextEra"), filed the complaint in this matter on September 6, 2018 (Dkt. 1). National Union completed service on all defendants on January 27, 2019. (Dkts. 6–9, 17–23).

2. Defendants Timothy Chapin, Manuel Agueros, Paul Fournier, Robert Lautenslager, Jeffrey Reilley and Jorge Eguiluz, are all defendants in a related criminal matter, *United States v. Chapin et. al*, Case No. 17-cr-0053, currently pending in the Eastern District of California before the Honorable Judge John A. Mendez. Jorge Eguiluz is currently scheduled for a trial on April 29, 2019 (*Id.* at Dkts. 145, 147). Sentencing for Timothy Chapin, Manuel Agueros, Paul Fournier and Robert Lautenslager is currently set for April 23, 2019 (*Id.* at Dkt. 133) and sentencing for Jeffrey Reilley is currently set for May 7, 2019 (*Id.* at Dkt. 143). However, due to Defendant Eguiluz's trial, the Appearing Parties anticipate these sentencing dates will be reset to a date in late May.

3. This civil case and the related criminal case involve many of the same parties and allegations, and implicate assets held by United States in connection with the criminal case. (*See*

Dkt. 5). Therefore, the conclusion of the trial and sentencing in the criminal case may serve to narrow or resolve some of the issues in this case. Staying this case, or in the alternative, striking and resetting the Status (Pretrial Scheduling) Conference until after the conclusion of the trial and sentencing hearings may therefore effect a savings of judicial effort and other economies.

4. This stipulation is not made for purposes of delay, but to promote judicial economy and the efficient resolution of this matter. This stipulation is the second extension of time sought in this case. National Union previously moved to reset the Status (Pretrial Scheduling) Conference in order to complete service (Dkt. 10), which this Court granted (Dkts. 13, 14).

WHEREFORE, the undersigned counsel hereby stipulate, with this Court's consent, to stay this case pending the outcome of the related criminal matter, *United States v. Chapin et. al*, Case No. 17-cr-0053. If the Court is unwilling to stay this case, the Appearing Parties stipulate in the alternative to: (1) strike the Status (Pretrial Scheduling) Conference currently set for March 14, 2019; and (2) reset the Status (Pretrial Scheduling) Conference for June 20, 2019 at 2:30 pm, with the joint status report to be due seven days prior.

Dated: March 7, 2019

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Katherine A. Musbach*
Katherine A. Musbach
SBN: 318683
275 Battery Street, Suite 2000
San Francisco, CA 94111
(312) 980-6798
kmusbach@grsm.com

*Attorney for National Union Fire Insurance Company of Pittsburgh, PA*

By: */s/ Tim A. Pori*
(as authorized on 3/6/2019)
Law Office of Tim A. Pori
724 Texas Street
Fairfield, CA 94533
415-571-4770
Fax: 707-427-2220
Email: tim@defense-attorney-pori.com
*Attorney for Defendant Jeffrey Reilley*

By: */s/ Donald H. Heller*
(as authorized on 3/7/2019)
Donald H. Heller, A Law Corporation
3638 American River Drive
Sacramento, CA 95864
916-974-3500
Fax: 916-520-3497
Email: dheller@donaldhellerlaw.com
*Attorney for Defendants Jorge Eguiluz and Eguiluz Labor Service LLC*

## ORDER

The court grants the parties' stipulation to stay this case pending the outcome of the related criminal matter, *United States v. Chapin et. al*, Case No. 17-cr-0053.

IT IS SO ORDERED.

DATED: March 11, 2019.

_____
UNITED STATES DISTRICT JUDGE