Katherine A. Musbach (SBN: 318683)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
kmusbach@grsm.com
Telephone: (312) 980-6798

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>　　　　Plaintiff, <br><br>　v. <br><br> TIMOTHY CHAPIN; MANUEL AGUEROS; PAUL FOURNIER; ROBERT LAUTENSLAGER; JEFFREY REILLEY; JORGE EGUILUZ; EGUILUZ LABOR SERVICE LLC; INDUSTRIAL PRECISION LLC; UNIVERSAL PLANT SERVICE, LLC; CK RENEWABLES, LLC; AND PRECISION METALWORKS, LLC <br><br>　　　　Defendants. | Case No. 18-cv-02443-KJM-DB <br><br> **ORDER RE: DKT. 32 STIPULATION TO RESET THE STATUS CONFERENCE AND DEADLINE TO FILE THE JOINT STATUS REPORT** <br><br> Judge: Hon. Kimberly J. Mueller <br> Magistrate: Hon. Deborah Barnes <br><br> Complaint filed: September 6, 2018 |

-1-
Order

# ORDER

This cause coming to be heard on the Appearing Parties' Stipulation to Reset the Status Conference and Deadline to File the Joint Status Report, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

(1) The Status Conference currently set for January 27, 2022 is vacated;

(2) The Status Conference is reset for March 24, 2022 at 2:30 p.m.;

(3) The deadline for the Joint Status Report currently set for January 13, 2022 is vacated; and

(4) The deadline for the Joint Status Report is reset to March 10, 2022.

DATED: January 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE