Katherine A. Musbach (SBN: 318683)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
kmusbach@grsm.com
Telephone: (312) 980-6798

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHAPIN; MANUEL AGUEROS; PAUL FOURNIER; ROBERT LAUTENSLAGER; JEFFREY REILLEY; JORGE EGUILUZ; EGUILUZ LABOR SERVICE LLC; INDUSTRIAL PRECISION LLC; UNIVERSAL PLANT SERVICE, LLC; CK RENEWABLES, LLC; AND PRECISION METALWORKS, LLC<br><br>Defendants. | Case No. 18-cv-02443-KJM-DB<br><br>**STIPULATION TO DISMISS**<br><br>Judge: Hon. Kimberly J. Mueller<br>Magistrate: Hon. Deborah Barnes<br><br>Complaint filed: September 6, 2018 |

-1-
Stipulation to Dismiss

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Defendants Jeffrey Reilley, Jorge Eguiluz, and Eguiluz Labor Service LLC (collectively the "Appearing Parties") hereby stipulate, with this Court's consent, to dismiss this case with prejudice.

In support thereof, the Appearing Parties state as follows:

1. Defendants Timothy Chapin, Manuel Agueros, Paul Fournier, Robert Lautenslager, Jeffrey Reilley, and Jorge Eguiluz, were all defendants in a related criminal matter, *United States v. Chapin et. al*, Case No. 17-cr-0053, pending in the Eastern District of California before the Honorable Judge John A. Mendez. ("Criminal Action"). The Criminal Action involved substantially the same allegations and conduct as this civil case.

2. In the Criminal Action, Defendants Chapin, Agueros, Fournier, Lautenslager, and Reilley pled guilty, were sentenced, and were ordered to pay restitution to National Union. (Dkts. 190, 205, 212, 241, 327). Defendants Chapin and Fournier forfeited funds and National Union and the Assistant U.S. Attorney entered into a stipulation regarding the distribution of those funds to National Union. (Dkt. 349). Eguiluz entered into a deferred prosecution agreement on March 8, 2019, with the Government. On September 7, 2017, Eguiluz deposited $239,914.01 into the Court's Deposit Fund pursuant to the order of the Honorable John A. Mendez, United States District Judge dated September 7, 2017. (Dkt. 63). The Court directed these funds to be applied "towards the restitution ordered in

this case." (Dkt. 286). On June 26, 2020, the indictment against Eguiluz was dismissed without prejudice. (Dkt. 286).

3. National Union has received the funds forfeited by Chapin and Fournier, as well as the funds deposited by Eguiluz in the Criminal Action. In light of National Union's receipt of these funds, National Union has informed the Appearing Parties of its intent to seek a dismissal of this action. The Appearing Parties, through their counsel, have agreed to a dismissal of this action, with prejudice.

WHEREFORE, the undersigned counsel hereby stipulate, with this Court's consent, to dismiss this action, with prejudice.

Dated: March 14, 2022                Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Katherine A. Musbach*
Katherine A. Musbach
SBN: 318683
275 Battery Street, Suite 2000
San Francisco, CA 94111
(312) 980-6798
kmusbach@grsm.com

*Attorney for National Union Fire Insurance Company of Pittsburgh, PA*

By: */s/ Tim A. Pori*
(as authorized on 2/25/22)
Law Office of Tim A. Pori
724 Texas Street
Fairfield, CA 94533
415-571-4770
Fax: 707-427-2220
Email: tim@defense-attorney-pori.com
*Attorney for Defendant Jeffrey Reilley*

By: */s/ Donald H. Heller*
(as authorized on 2/25/22)
Donald H. Heller, A Law Corporation
2443 Fair Oaks Blvd., #343
Sacramento, CA 95825
916-974-3500
Email: dheller@donaldhellerlaw.com
*Attorney for Defendants Jorge Eguiluz and Eguiluz Labor Service LLC*

## ORDER

Pursuant to the parties' stipulation, this matter is **dismissed** with prejudice.

IT IS SO ORDERED.

DATED: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE